KIMMERLE et al. v. LOWITZ. (Circuit Court of Appeals, Sixth Circuit. January 14, 1916.) No. 2706. In Error to the District Court of the United States for the Western District of Michigan; Clarence W. Sessions, Judge. Wm. F. McKnight, of Grand Rapids, Mich., for plaintiffs in error. Wilson & Johnson, of Grand Rapids, Mich., for defendant in error. Dismissed under rule 22 (150 Fed. xxxii, 79 C. C. A. xxxii).